United States District Court
Northern District of California

CHERYL BUTLER-ADAMS,

    Plaintiff,

    v.

RAY DAVIS UNKNOWN POSTMASTER, UNITED STATES POSTAL SERVICE,

    Defendants.

Case No.: CV 14-00089-KAW

ORDER TO SHOW CAUSE

Plaintiff Cheryl Butler-Adams is proceeding pro se in an action against the U.S. Postal Service for lost mail. On January 14, 2014, Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1). The motion is currently set for hearing on March 6, 2014.

Pursuant to Civil Local Rule 7-3, Plaintiff's opposition was due on January 31, 2014. Plaintiff has not filed an opposition.

The Court orders Plaintiff , by no later than **February 26, 2014**, to show cause why her case should not be dismissed for failure to prosecute, and file either an opposition to the motion to dismiss or a statement of non-opposition to the motion to dismiss. The response to this order to show cause and the opposition should be filed as separate documents. Failure to timely file both documents may result in the dismissal of this case. *See* Judge Westmore's General Standing Order ¶ 21 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion").

///
///
///
///

1     To aid in her compliance with this order, Plaintiff may wish to consult a manual the court
2 has adopted to assist pro se litigants. This manual, and other free information, is available online
3 at: *http://cand.uscourts.gov/proselitigants*.  Plaintiff may also contact the Federal Pro Bono
4 Project's Help Desk—a free service for pro se litigants— by calling (415) 782-8982 to make an
5 appointment to have any remaining questions answered.
6     IT IS SO ORDERED.
7 Dated: February 12, 2014

                                                KANDIS A. WESTMORE
                                                United States Magistrate Judge